**UNITED STATES DISTRICT COURT**
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
**JOHN L. KANE**　　　　DENVER, COLORADO  80294
SENIOR JUDGE　　　　(303) 844-6118
John_L_Kane@cod.uscourts.gov

# M E M O R A N D U M

**TO:**　　Greg Langham, Clerk
　　　　　Attn: Kathy Triplett

**FROM:**　Judge John L. Kane

**DATE:**　April 21, 2010

**RE:**　　Criminal Action No. **10-cr-205-JLK**

　　Exercising my prerogative as a Senior Judge, I request that this criminal action be reassigned.