UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00205-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SANTOS PORTILLO,

    Defendant.

## ORDER

THIS MATTER came before the Court following a telephone conference with counsel for both parties. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, May 21, 2010,** and responses to these motions shall be filed by **Friday, June 4, 2010.** It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, June 28, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 28th day of April, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge