IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00205-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SANTOS PORTILLO,

    Defendant.
_____

## MINUTE ORDER
_____
ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on May 5, 2010. A Change of Plea hearing is set for **Thursday, August 5, 2010 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The 3-day jury trial set for **Monday, June 28, 2010** is hereby **VACATED.**

    Dated: May 5, 2010.